Isabel Bramma de Rojas, Appellant, v. Elias Rojas, Respondent.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

Matthew J. Clark, Respondent, v. John McKee, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

Henry Mindlin and Another, Copartners, etc., Respondents, v. Meyer Dorfman, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

Frank E. Dunaway, Respondent, v. American Writing Paper Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

Edward C. Griffith, Respondent, v. Hartford Live Stock Insurance Company of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

Harry Silverman, Respondent, v. Oscar Politzer and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

William J. Beauley v. Harriet W. Beauley.— Motion for stay pending appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Joseph Buckley, Respondent, v. John Farson, as Surviving Partner of Farson, Son & Co., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of striking out from the order for examination the provisions for the production of books, papers and records and the provision authorizing the issuance of a *subpœna duces tecum* requiring the production thereof; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Petition of Red Cross Line, Respondent, for an Order Directing Atlantic Fruit Company, Appellant, to Proceed to Arbitration.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Oscar Sondhelm, Respondent, v. Samuel Luria, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of striking out of the order for examination paragraphs numbered 1, 2, 3 and 4. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.